**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JASON LYNCH** **PLAINTIFF**

**v.** **Case No. 4:24-cv-00740-LPR-BBM**

**DOES, *et al.*** **DEFENDANTS**

**ORDER**

The Court has received the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Benecia B. Moore (Doc. 168) and Plaintiff's Objections (Doc. 173). After a *de novo* review of the PRD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the PRD as its findings and conclusions in all respects.

Accordingly, Plaintiff's "Emergency Motion for Leave to File, Motion for Protective Order, and Emergency Motion for Injunctive Relief" (Doc. 163) and "Emergency Motion for Temporary Protective Order, Preliminary Injunction, and Stay of State Court Writ" (Doc. 164-1) are DENIED. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 11th day of August 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE